ADAM L. BRAVERMAN
United States Attorney
MICHAEL E. LASATER
Assistant United States Attorney
California State Bar No. 57571
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7462

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18MJ2085-RBB-CAB |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BAIL REVIEW |
| v. | |
| OLGA ESMERALDA GEORGE, | Date: May 10, 2018<br>Time: 11:00 a.m. |
| Defendant. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel Adam L. Braverman, United States Attorney, and Michael E. Lasater, Assistant U.S. Attorney, and hereby files its Response to Defendant's Motion for Bail Review. This Response is based upon the files and records of the case.

//
//
//
//
//
//
//

# RESPONSE

In this case, the Government agrees that among the appropriate conditions of release could include a personal appearance bond of $10,000 secured by a personal surety and $1,000 cash. (See Defendant's Memorandum of Point and Authorities, page 5.)

DATED: May 9, 2018.

    Respectfully submitted,

    ADAM L. BRAVERMAN
    United States Attorney

    s/ *Michael E. Lasater*
    MICHAEL E. LASATER
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OLGA ESMERALDA GEORGE,<br><br>          Defendant. | Case No. 18MJ2085-RBB-CAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action. I have caused service of this document: **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BAIL REVIEW** in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System:

Eric Studebaker Fish

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 9, 2018.

s/ *Michael E. Lasater*
MICHAEL E. LASATER
Assistant United States Attorney