ADAM L. BRAVERMAN
United States Attorney
MICHAEL E. LASATER
Assistant United States Attorney
California State Bar No. 57571
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7462

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18MJ2085-RBB-CAB |
| Plaintiff, | MOTION TO SHORTEN TIME |
| v. | Date: May 10, 2018 |
| OLGA ESMERALDA GEORGE, | Time: 11:00 a.m. |
| Defendant. | |

The Government requests an order shortening time to May 9, 2018, to file its Response to Defendant's Motion for Bail Review. The grounds for this motion is because the Government's counsel became aware of the filing schedule yesterday.

DATED: May 9, 2018.

ADAM L. BRAVERMAN
United States Attorney

s/ *Michael E. Lasater*
MICHAEL E. LASATER
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,     v.  OLGA ESMERALDA GEORGE,           Defendant. | Case No. 18MJ2085-RBB-CAB  CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, MICHAEL E. LASATER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Motion to Shorten Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

To:   Eric Studebaker Fish, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 9, 2018.

s/ *Michael E. Lasater*
MICHAEL E. LASATER
Assistant United States Attorney