UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLGA ESMERALDA GEORGE,<br><br>　　　　Defendant. | Case No. 18MJ2085-RBB-CAB<br><br>ORDER TO SHORTEN TIME<br>TO FILE RESPONSE |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's Motion to Shorten Time to May 8, 2018 to file its Response to Defendant's Motion for Bail Review, is granted.

SO ORDERED.

DATED:   5/9/18

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　United States District Judge