

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18mj2085-RBB-CAB |
| Plaintiff, | ORDER TO SHORTEN TIME |
| v. | |
| OLGA ESMERALDA GEORGE, | |
| Defendant. | |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's Motion to Shorten Time to May 15, 2018 to file its Opposition to Defendant's Motion to Dismiss Complaint, is granted.

IT IS SO ORDERED.

Dated: May 16, 2018

Hon. Ruben B. Brooks
United States Magistrate Judge