UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>OLGA ESMERALDA GEORGE,<br><br>                              Defendant. | Case No.: 18-MJ-2085-RBB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ORDER TO CROSS-EXAMINE DECLARANT [ECF NO. 44] AND DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR SELECTIVE PROSECUTION [ECF NO. 9]** |

     Defendant Olga Esmeralda George was arrested during the evening of April 27, 2018, and is alleged to have entered the United States illegally in violation of Title 8 U.S.C. § 1325. (Compl. 1-2, ECF No. 1.) On May 2, 2018, George filed a motion to dismiss the criminal complaint in her case and argues that she is being subjected to selective prosecution. (Mot. Dismiss Selective Prosecution Attach. #1 Mem. P. & A. 1-2, 9-17, ECF No. 9.)

     The United States filed its opposition to the motion to dismiss on May 15, 2018. (Opp'n Def.'s Mot. Dismiss, ECF No. 32.) The Opposition was accompanied by the Declaration of United States Border Patrol Assistant Chief Patrol Agent Ryan Yamasaki

and a three-page exhibit identifying individuals and groups of individuals apprehended on April 27 and 29, 2018. (See id. Attach. #1 Decl. Yamasaki 1-5; id. Attach. #2, 1-3.)

Argument on the Defendant's Motion to Dismiss was heard on May 23, 2018, and the Court announced its tentative ruling. During the course of the hearing, defense counsel asked for the opportunity to cross-examine Agent Yamasaki concerning the contents of his declaration. The Court requested briefing on this issue.

After considering the brief submitted by the Defendant [ECF No. 44], and for the reasons stated in the Court's order denying similar motions by Defendant Morena Elizabeth Mendoza-Romaldo, in United States v. Mendoza-Romaldo, Case No. 18-MJ-2070 (S.D. Cal. filed April 30, 2018) (order denying defendant's motion for order to cross-examine declarant and denying defendant's motion to dismiss complaint for selective prosecution filed June 19, 2018), Defendant George's request for an evidentiary hearing to cross-examine Agent Yamasaki [ECF No. 44], and her motion to Dismiss the Complaint for Selective Prosecution and accompanying request for discovery [ECF No. 10] are all **DENIED.**

**IT IS SO ORDERED.**

Dated: June 20, 2018

Hon. Ruben B. Brooks
United States Magistrate Judge